FILED

'JUN 2 5 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:19-CT-3189

(To be filled out by Clerk's Office only)

CROSBY L. POWELL

Inmate Number 02458-135

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

① United States of America, ② FBOP,
② Federal Bureau of Prisons, Federal
Medical Center Butter, N.C. Duke Regional
Hospital And Dr Isaac O. Kari Kari, MD

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

<u>CROSBY L. POWELL</u>
Name

<u>02458-135</u>
Prisoner ID #

<u>Federa Medical Center, Butner, N.C.</u>
Place of Detention

<u>P.O. Box 1600</u>
Institutional Address

<u>BUTNER</u>           <u>N.C.</u>           <u>27509</u>
City                  State                Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee   ☐ State   ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner





## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>United States of America</u>
Name <u>U.S. Dept. of Justice</u>

<u> </u>
Current Job Title

<u>950 Pennsylvania Avenue</u>
Current Work Address

<u>Washington, DC   DC   20530-0</u>
City            State        Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☐ Both

Defendant 2: <u>Federal Bureau of Prison (FBOP)</u>
Name <u>Central Office</u>

<u> </u>
Current Job Title

<u>320 1st Street, N.W</u>
Current Work Address

<u>Washington    D.C, 20534</u>
City            State        Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: Federal Medical Center, Butner, N.C

Name

Current Job Title

P.O. Box 1600

Current Work Address

Butner          N.C.          27509

City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: Duke Regional Hospital

Name

DR Isaac O. KarEKARE

Current Job Title

2301 ERWIN ROAD

Current Work Address

Durham,          N.C          27705

City          State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 5: DR Isaac O. KarEKARE, M.D
2301 ERWIN Road
Durham, N.C 27705
Capacity in which Sued: ☒ Individual ☒ Official ☒ Both

Case 5:19-ct-03189-D   Document 1   Filed 06/25/19   Page 4 of 10

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 2301 ERWIN Road Durham, N.C. 27705

Date(s) of occurrence: June 2, 2017

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Dr. Isaac D. Karikari, M.D., At the request of U.S.A., Federal Bureau of Prisons And FEderal Medical Center, Botnum N.C., PerForMed Surgical PosteroLATERAL OSTEOTOMY LUMBAR SPINE Bilateral Operation, Discharging the plaintiff on June 5, to the BROP Federal Medical Center Butner, N.E, With Major medical Issues with loose Scleuts in the Lumbar Spine Hareware; Plaintiff From surgery that major Nerves Damages to his hands, Feet, Constance

> Who did what to you?

Pain that radiates down both legs that feld plaindtiff unable to walk and is being treated with pain Medication the Defendants Refuses to provide me adequate medical Care, the pain is out of Control and Radiates on to my legs that causes me daily discomfort.

Rev. 5/2017 Prisoner Complaint

**What happened to you?**

My entire Back shut down leaving me unable to walk two years ago, PT was tried for several months with No improvement that was the purpose of the surgery on June 2, 2017

**When did it happen to you?**

June 2, 2017, stemming from the Back surgery

**Where did it happen to you?**

See attached Medical Reports.

Case 5:19-ct-03189-D   Document 1   Filed 06/25/19   Page 6 of 10

Failure within the cervial and thoracic spine that Required Repair to th lumbar spine which had collapse out Lly I later started having constance pains in my extremfires with tokling type phenomen, with numbness in my lower extremitres. All of the above issues arose out of the surgery the defenbonts done on Junes, 2017. See Boe records.

Case 5:19-ct-03189-D   Document 1   Filed 06/25/19   Page 7 of 10

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

If no, explain why not:

See Tort Claim # TRT-NCR-2018-06264
Five May 30, 2018, And Receptated By the
Bop on July 09-2018, And was denied
December 18, 2018.

Is the grievance process completed?   ☒ Yes   ☐ No

If no, explain why not:

Grant my #5,000,000.00 Tort Claim and Any
other relief the court find to fair and Just
Under the law.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Grant Relief Sought in my Petition and other
relief that is Just Under the laws of the
Constitution that govern Tort claims For in-Adequate
Medical treatment for Damages done by the Defendants on June 3, 2017 form the surgery.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Case 5:19-ct-03189-D   Document 1   Filed 06/25/19   Page 9 of 10

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

June 17, 2019
Dated

Crosby L. Powell
Plaintiff's Signature

CROSBY L. POWELL
Printed Name

02458-735
Prison Identification #

PO Box 1600      Butner      N.C. 27509
Prison Address        City        State    Zip Code

Case 5:19-ct-03189-D   Document 1   Filed 06/25/19   Page 10 of 10